UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

James David McBroom,

Civ. No. 15-2791 (PAM/SER)

Plaintiff,

v.

**ORDER**

Minnesota Department of Corrections,
Commissioner Tom Roy,
Minnesota Correctional Facility –
Oak Park Heights and Former
Warden Kent Grandlienard,  Corizon
Health, Inc., Stephen Joseph Craane,
Kevin Monio, and Natalie Leseman,

Defendants.

_____

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Steven E. Rau dated November 30, 2015 (Docket No. 29).  In the R&R, Magistrate Judge Rau recommends the denial of Plaintiff's Motion for Good-Time Credits and his Motion requesting expedited relief regarding his good-time credits, because Plaintiff has not exhausted his remedies with respect to the issue of his lost good-time credits.

On December 30, 2015, Plaintiff wrote to the Court regarding his request for additional copying capacity at the correctional facility.  (Docket No. 39.)  Plaintiff included in that letter a statement that he was withdrawing his request to challenge the R&R because he anticipated a state-court ruling on that issue in the near future.

Given Plaintiff's statement that he does not object to the R&R, the Court will adopt the R&R.  Accordingly, **IT IS HEREBY ORDERED that**:

1.      The R&R (Docket No. 29) is **ADOPTED**;

2.      Plaintiff's Motion for Good-Time Credits (Docket No. 4) is **DENIED without prejudice**; and

3.      Plaintiff's Motion for Expedited Ruling (Docket No. 18) is **DENIED as moot**.

Dated:  <u>March 8, 2016</u>

<u>s/ Paul A. Magnuson</u>
Paul A. Magnuson
United States District Court Judge